James H. Brady
510 Sicomac Ave.
Wyckoff, NJ 07481

RECEIVED
SDNY PRO SE OFFICE
2019 JUL 30 PM 4:44

July 29, 2019

JUDGE KARAS

United States District Court
of the Southern District of New York
Pro Se Intake Unit
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 105
New York, NY 10007

19 CV 7122

To whomever it may concern from the Pro Se Intake Unit,

Please make sure that each exhibit is filed separately.

Enclosed is a new complaint under *James H. Brady, Plaintiff v. Barry R. Ostrager, John Doe 1-10, and Jane Doe 1-10, Defendants.*

It is very important that the exhibits are each filed in separate items in the court system by the Pro Se Intake Unit.

Thank you very much for your assistance and cooperation in this matter.

Sincerely,

*[signature]*
James H. Brady