UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES H. BRADY,<br>*Plaintiff*,<br><br>v.<br><br>BARRY R. OSTRAGER;<br>JOHN DOE 1–10; JANE DOE 1–10,<br>*Defendants*. | Docket No.<br>19 Civ. 7122 (LGS)<br><br>LORNA G. SCHOFIELD,<br>United States District Judge |

## NOTICE OF MOTION FOR RECONSIDERATION AND REARGUMENT

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, dated September 3, 3019, together with the exhibits annexed thereto, the undersigned will move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, <u>at a date and time to be determined by the Court</u>, for an order reversing the Court's August 20, 2019 *Order of Dismissal*, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such further and other relief as the Court may deem just and proper.

Respectfully submitted,

Dated: September 3, 2019
       New York, NY

James H. Brady, *Pro se Plaintiff*
510 Sicomac Avenue
Wyckoff, NJ 07481.
bradyny@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-3-19