# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMES H. BRADY

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 cv 7122 ( )( )

-against-

**NOTICE OF APPEAL**

Barry R Ostrager, John Doe 1-10
Jane Doe 1-10

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: JAMES H BRADY

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☒ order entered on: 8/21/2019
(date that judgment or order was entered on docket)

that: Dismissed Plaintiff complaint as Barred By Judicial immunity AND Rooker Feldman Doctrine

(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/12/19                              /s/ James H Brady
Dated                                Signature

BRADY JAMES H
Name (Last, First, MI)

510 Sicomac Ave    Wyckoff    NJ    07481
Address             City      State  Zip Code

201-923-5511                         BRADYNY@gmail.com
Telephone Number                     E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMES H. BRADY

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 cv 7122 ( )( )

-against-

**NOTICE OF APPEAL**

BARRY R. Ostragen, John Doe 1-10
JANE Doe 1-10
_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: JAMES H BRADY

_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 8/21/2019
(date that judgment or order was entered on docket)

that: Dismissed Plaintiff complaint as Barred By Judicial immunity AND Rooker Feldman Doctrine
(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/12/19                    [Signature: James Brady]
Dated                      Signature

BRADY JAMES H
Name (Last, First, MI)

510 Sicomac Ave    Wyckoff    NJ    07481
Address            City       State  Zip Code

201-923-5511       BRADYNY@gmail.com
Telephone Number   E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13







FROM: JAMES H BRADY
510 Sicomac Ave
Wyckoff NJ 07481

TO: The Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
NY NY 10007-1312
Att Pro Se Intake Unit

RECEIVED
SDNY PRO SE OFFICE
2019 SEP 16 AM 11:2
S.D. OF N.Y.

U.S. POSTAGE PAID
PM 1-Day
WYCKOFF, NJ
07481
SEP 12, 19
AMOUNT
$10.40
R2304E105879-33

EXPECTED DELIVERY DAY: 09/13/19
USPS SIGNATURE TRACKING NUMBER
9510 8158 4807 9255 3163 40